In The
 Court of Appeals
 Seventh District of Texas at Amarillo

--------------------------------------------------------------------------------
No. 07-13-00064-CV
 
 BENJAMIN ALLEN BENGE, APPELLANT

 V.

 ROBERT N. HARRIS AND KARI L. IMLER-HARRIS, APPELLEE
 
--------------------------------------------------------------------------------
On Appeal from the 69th District Court
--------------------------------------------------------------------------------
Sherman County, Texas
--------------------------------------------------------------------------------
Trial Court No. 5,035, Honorable Ron Enns, Presiding 
 
 May 7, 2013
 
 ORDER ON MOTION TO PROCEED IN FORMA PAUPERIS
 AND ALTERNATIVELY, MOTION FOR EXTENSION OF TIME 
 FOR PAYMENT OF FILING FEE 
 
 Before QUINN, C.J., and CAMPBELL and PIRTLE, JJ.
 
On April 25, 2013, this Court issued an order denying Appellant, Benjamin Allen Benge, indigent status in this appeal challenging the trial court's order terminating his parental rights to his daughter. See Benge v. Harris, No. 07-13-0064-CV, 2013 Tex. App. LEXIS ___ (Tex.App. -- Amarillo, April 25, 2013). As explained in the order, Appellant did not timely file his affidavit of indigence as required by Rule 20.1(c)(1) of the Texas Rules of Appellate Procedure. Resultantly, by letter dated April 25, 2013, this Court billed Appellant the required filing fee of $175, noting that failure to pay would result in dismissal pursuant to Rule 42.3 of the Texas Rules of Appellate Procedure.
In response to the invoice, Appellant has filed a motion again seeking to proceed in forma pauperis in this appeal. Alternatively, he seeks an extension of time in which to pay the $175 filing fee, which was due May 6, 2013. While this Court is not unsympathetic to Appellant's financial hardship, he is not exempt from following procedural rules simply by virtue of proceeding pro se. See Pena v. McDowell, 201 S.W.3d 665, 667 (Tex. 2006).
By Order of the Court, Appellant's motion is denied in part and granted in part. His request to proceed in forma pauperis is denied; however, that portion of the motion requesting a forty-five day extension in which to pay the filing fee is granted. The filing fee of $175 is due on or before Monday, June 24, 2013. Failure to pay the filing fee may result in dismissal of the appeal for not complying with a notice from the Clerk of this Court requiring a specific action within a specified time. See Tex. R. App. P. 42.3(c).
It is so ordered.
 Per Curiam